JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANITE BROADCASTING CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 06-12984 (ALG)<br><br>**NOTICE OF APPEAL** |

I, June Foster, an impaired creditor appellant, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order or decree of the bankruptcy judge Honorable Allan L. Gropper entered in this bankruptcy proceedings to **Estimate My Claim to Zero** and **Confirmation of Debtors Reorganization Plan** on May 21, 2007, Docket # 324, and May 22, 2007, Docket #325, respectively.

The names of all parties to the judgment, order, decree appealed from and the names, addresses of their respective attorneys are as follows:



1-Notice of Appeal

Attn: Philip M. Abelson, esq. and Brian D. Geldert, esq.
590 Madison Avenue
New York, NY 10022

The Office of the United States Trustee
for the Southern District of New York
Attn: Lisa L. Lambert, esq.
33 Whitehall Street
21st floor
New York, NY 10004

Attorneys for Silver Point Finance, LLC
Milbank, Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
Attn: Luc Despins, esq. and Matthew Barr, esq.
New York, NY 10005

Granite Broadcasting Corporation
c/o Mr. Lawrence Wills
767 Third Avenue
34th Floor
New York, New York 10017


Dated: May 26, 2007

Signed: _____
        JUNE FOSTER, PRO SE APPELLANT

Address: P.O. Box 2134
         San Leandro, Ca 94577

Telephone No. 510-614-8156


    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 section 158(c), to have the appeal heard by the district court.

2-Notice of Appeal

JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANITE BROADCASTING CORPORATION, et al.<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 06-12984 (ALG)**<br><br>**Application to Pay Appeals to District Court Filing Fee in Installments** |

1.    In accordance with Rule 8001[1], I, a pro se impaired creditor, am applying for permission to pay the filing fee to appeal to the district court in installments. The fee to appeal to the district court is $255.

2.    At this time, I am unable to pay the filing fee except in installments.

3.    In my home State of California, I have proceeded in the litigation that directly relates to this bankruptcy case in *informa pauperis* status.

---

[1] Pursuant to Rule 1006, there is a provision to accept installments to pay for petitions to bankruptcy. I was unable to find the application to proceed *informa pauperis* on this court's website, so I used the form I located, which is this one-to pay in installments.

1-Application for Installments

4.  I propose the following terms for the payment of Appeals filing fee of $255:

On or before June 26, 2007, I make a $60 payment to the Clerk of the Court.

On or before July 26, 2007, I make a $65 payment to the Clerk of the Court.

On or before August 26, 2007, I make a $65 payment to the Clerk of the Court.

On or before September 26, 2007, I make a $65 payment to the Clerk of the Court.

The number of installments proposed shall not exceed (4), and the final installment shall be payable not later than 120 days after filing the Notice of Appeal. For cause shown, the court may extend the time of any installment.

5.  I understand that if I fail to pay any installment when due, my bankruptcy appeal may be dismissed and only reinstated for cause.

_June Foster_   May 26, 2007
Signature of Appellant, PRO SE   Date

2-Application for Installments

JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANITE BROADCASTING CORPORATION, et al.<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 06-12984 (ALG)**<br><br>**Order Approving Application to Pay Appeals to District Court Filing Fee in Installments** |

☐  IT IS ORDERED that the appellant may pay the filing fee in installments on the terms in the proposed application.

☐  IT IS ORDERED that the appellant shall pay the filing fee according to the following terms.

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

$_____ on or before _____

BY THE COURT

Date:_____

_____
U.S. Bankruptcy Judge

1-Application for Installments

JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANITE BROADCASTING CORPORATION, et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 06-12984 (ALG)<br><br>Statement of Election to Have District Court Hear Appeal, pursuant to Title 28 U.S.C. section 158(c) |

TO THE BANKRUPTCY COURT OF THE SOUTHERN DISTRICT OF NEW YORK:

At this time, I, June Foster, an impaired creditor appellant, elects to exercise my right to elect the district court consideration of my appeal involving final orders to Estimate My Claim to Zero and Confirmation of Debtors Reorganization Plan, pursuant to Title 28 U. S.C. section 158(c).

Dated: May 26, 2007

_June Foster_
JUNE FOSTER

1-District Court Election