JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GRANITE BROADCASTING CORPORATION,  et al. | **Chapter 11** |
| Debtors. | **Case No. 06-12984 (ALG)** |
| | **AMENDED NOTICE OF APPEAL** |



I, June Foster, an impaired creditor appellant, appeals under 28 U.S.C.

section 158(a) or (b) from the order of the bankruptcy judge Honorable Allan L.

Gropper entered in this bankruptcy proceeding to **Estimate My Claim to Zero** on

May 21, 2007, Docket # 324, and May 18, 2007, Docket #323.

The names of all parties to the order appealed from and the names,

addresses of their respective attorneys are as follows:

Attorneys for Debtors:
Akin Gump Strauss Hauer & Feld LLP

1-Amended Notice of Appeal

Attn: Philip M. Abelson, esq. and Brian D. Geldert, esq.
590 Madison Avenue
New York, NY 10022

The Office of the United States Trustee
for the Southern District of New York
Attn: Lisa L. Lambert, esq.
33 Whitehall Street
21st floor
New York, NY 10004

Attorneys for Silver Point Finance, LLC
Milbank, Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
Attn: Luc Despins, esq. and Matthew Barr, esq.
New York, NY 10005

Granite Broadcasting Corporation
c/o Mr. Lawrence Wills
767 Third Avenue
34th Floor
New York, New York 10017


Dated: June  4, 2007

Signed: _June  Foster_

JUNE FOSTER, PRO SE APPELLANT

Address: P.O. Box 2134
San Leandro, Ca 94577

Telephone No. 510-614-8156


If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 section 158(c), to have the appeal heard by the district court.


2-Amended Notice of Appeal