JUNE FOSTER, Creditor *Inpropria Persona* Appellant
P.O. Box 2134
San Leandro, CA 94577
510-614-8156 (phone)
constitutionalissues4@yahoo.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED JUN 6 2007

GRANITE BROADCASTING
CORPORATION, et al.

Debtors.

: Chapter 11
:
: Case No. 06-12984 (ALG)
:
: **RECORD AND ISSUES ON APPEAL,**
: ***PURSUANT TO BANKRUPTCY RULE***
: ***8006***

I, June Foster, an impaired creditor appellant, files this designation of the items to be included on the record on appeal and a statement of the issues to be presented, pursuant to Bankruptcy Rule 8006.

### Designated Items

1. Notice of Appeal, **2.** Amended Notices of Appeal, **3.** Motion to Disqualify Judge and Proof of Service **4.** Affidavit of Bias or Prejudice, **5.** Judicial Notice in Support of Motion to Disqualify Judge, **6.** Declaration in Support of Judicial Notice for Motion to Disqualify Judge, **7.** Motion to Reconsider Claim Estimation and Proof of Service, **8.** Judicial Notice in Support of Motion to Reconsider Claim Estimation, **9.** Declaration in Support of Judicial Notice to Reconsider Claim Estimation, **10.** Requests for Telephonic Appearances for Motions to Reconsider Claim Estimation and Motion to Disqualify Judge, **11.** Granite's Original Disclosure Statement and Reorganization Plan, **12.** My Objection to Disclosure Statement and Exhibits, dated Feb. 7, 2007, Docket #162, **13.** My

1-Notice of Designation of Items and Statement of Issues

second objection to Granite's Disclosure Statement and Exhibits, dated Feb. 22, 2007, Docket #221, **14.** Granite's Amended Confirmation Plan, dated March 7, 2007, Docket No.# 210, **15.** Granite's Motion to Estimate My Claim to Zero, dated March 15, 2007, Docket #238, **16.** Creditor, June Foster's Objection to Motion for Claim Estimation with <u>Attachments numbered One through Five</u>, dated April 4, 2007, Docket #270, Attachments 1-5, **17.** Bankruptcy Court's Memorandum of Opinion confirming Granite's Reorganization Plan, dated May 18, 2007, Docket # 322, **18.** Granite's Proposed Order of Confirmation, Dated May 14, 2007, Docket #317, **19.** Bankruptcy Court's Order on my Claim Estimation, Dated May 18, 2007, Docket # 323, **20.** Granite's Insurance Policy, located in Creditor, June Foster's Objection to Motion for Claim Estimation with Attachment number #5, dated April 4, 2007, Docket #270, #5 Additional Exhibits labeled "Granite's Insurance Policy," **21.** Settlement letters, located in Creditor, June Foster's Objection to Motion for Claim Estimation with Attachment number #5, dated April 4, 2007, Docket #270, #5 Additional Exhibits labeled "Settlement Talks," **22.** California State Trial Jury Verdict Form in which my termination was ruled Adverse, located in Creditor, June Foster's Objection to Debtor's Response, Dated February 22, 2007, Docket# 221, Attachment #A-J, labeled "Exhibit B," **23.** California State Trial Reporter's Transcript confirming Trial Court ruled my performance review was Adverse, located in Creditor, June Foster's Objection to Debtor's Response, Dated February 22, 2007, Docket # 221, Attachment #A-J, labeled "Exhibit C," **24.** California State Trial Court Ruling Granite's Human Resource Expert witness Invaded The Province of Jury, located in Creditor, June Foster's Objection to Debtor's Response, Dated February 22, 2007, Docket # 221, Attachment #A-J, labeled "Exhibit D," **25.** Creditor's, June Foster's Objection to Confirmation of Plan, Dated April 5, 2007, Docket # 280, **26.** Bankruptcy Court's Entry of Order of My Claim Estimation, dated May 21, 2007, Docket # 324, **26.** Bankruptcy Court's Entry of Order Confirming Plan, dated May 22, 2007, Docket # 325. **27.** Creditor, June Foster's Petition of Rehearing and/or Rehearing En Banc in the California Appellate Court located in Creditor, June Foster's Objection to Motion for Claim Estimation with Attachment number #5, dated April 4, 2007, Docket #270, #3 Additional Exhibits labeled "Petition of Rehearing," **28.** Creditor, June Foster's Petition

2-Notice of Designation of Items and Statement of Issues

of Review in the California State Supreme Court located in Creditor, June Foster's Objection to Motion for Claim Estimation with Attachment number #5, dated April 4, 2007, Docket #270, #4 Additional Exhibits labeled "Petition of Review," **29.** United States for the Northern District of California, San Jose Division Order to Stay All Court Proceedings Until Appellate Court Determination issued November 8, 2006, located in Creditor, June Foster's Objection to Motion for Claim Estimation with Attachment number #5, dated April 4, 2007, Docket #270, #5 Additional Exhibits labeled "Order to Stay District Court Proceedings," **30.** Bankruptcy Court's Entry of Order of My Claim Estimation, dated May 21, 2007, Docket # 324, **31.** Bankruptcy Court's Entry of Order Confirming Plan, dated May 22, 2007, Docket # 325.

**Reporter's Transcripts:**

Reporter's Transcripts of Hearing on April 11, 2007 to Estimate My Claim, dated April 16, 2007, Docket #296.

Reporter's Transcripts of Hearing on April 16, 2007 to Confirm Granite's Confirmation Plan, dated April 19, 2007, Docket #297.

**Statement of Issues on Appeal:**

   1. Federal Question and a Question of Law in re Granite Broadcasting Corporation, Case No. 06-12984: Did the justice's action violate Congress passing *Title 11 section 1123(a)(4)* in a bankruptcy proceeding of equal protection and treatment when he confirmed a plan in which I was part of an impaired class and received different treatment from any other member of said class?
   2. Constitutional Question in re Granite Broadcasting Corporation, Case No. 06-12984: Pursuant to the Equal Protection and Due Process Clause of 14th Amendment of the United States Constitution, Did the justice's action violate Congress passing *Title 11 section 1123(a)(4)* in a bankruptcy proceeding of equal protection and treatment when he confirmed a plan in which I was part of an impaired class and received different treatment from any other member of said class?
   3. Federal Question and/or Judicial Question in re Granite Broadcasting Corporation, Case No. 06-12984: Did the justice's action usurp the function of Congress passing *Title 11 section 502(a),* when it disallowed my claim, despite debtors not objecting to said claim?
   4. Constitutional Question in re Granite Broadcasting Corporation, Case No. 06-12984: Pursuant to the Equal Protection and Due Process Clause of 14th Amendment of the United States Constitution, Did the justice's action usurp the function of Congress

3-Notice of Designation of Items and Statement of Issues

passing *Title 11 section 502(a)*, when it disallowed my claim, despite debtors not objecting to said claim?

    5. Federal Question and a Question of Law in re Granite Broadcasting Corporation, Case No. 06-12984: Was Granite's Reorganization Plan under Title 11 Confirmable as a Matter of Law, pursuant to 11 U.S.C. sections *1129, 1129(b)(1), 1123(a)(4), 1123 (a)(5)(G), 1129(a)(7)(A)*.

    6. Constitutional Question in re Granite Broadcasting Corporation, Case No. 06-12984: Pursuant to the Equal Protection and Due Process Clause of 14th Amendment of the United States Constitution: Was Granite's Reorganization Plan under Title 11 Confirmable as a Matter of Law, pursuant to *11 U.S.C. sections 1129, 1129(b)(1), 1123(a)(4), 1123 (a)(5)(G), 1129(a)(7)(A)*.

    7. Federal Question and/or a Question of Law and/ a Judicial Question in re Granite Broadcasting Corporation, Case No. 06-12984: <u>Did</u> the justice's actions amount to bias or prejudice, thereby giving him no duty to sit on case, pursuant Congress passing *Title 28 section 144 and 455?*

    8. Constitutional Question in re Granite Broadcasting Corporation, Case No. 06-12984: Pursuant to the Equal Protection and Due Process Clause of 14th Amendment of the United States Constitution: <u>Did</u> the justice's actions amount to bias or prejudice, thereby giving him no no duty to sit on case, pursuant Congress passing *Title 28 section 144 and 455?*

    The names of all parties to the order appealed from and the names, addresses of their respective attorneys are as follows:

Attorneys for Debtors:
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip M. Abelson, esq. and Brian D. Geldert, esq.
590 Madison Avenue
New York, NY 10022

The Office of the United States Trustee
for the Southern District of New York
Attn: Lisa L. Lambert, esq.
33 Whitehall Street
21st floor
New York, NY 10004

Attorneys for Silver Point Finance, LLC
Milbank, Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
Attn: Luc Despins, esq. and Matthew Barr, esq.
New York, NY 10005

Granite Broadcasting Corporation
c/o Mr. Lawrence Wills

4-Notice of Designation of Items and Statement of Issues

767 Third Avenue
34th Floor
New York, New York 10017

Dated: June 4, 2007
       Signed: *June Foster*
       JUNE FOSTER, PRO SE APPELLANT

Address: P.O. Box 2134
         San Leandro, Ca 94577

Telephone No. 510-614-8156

5-Notice of Designation of Items and Statement of Issues