**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
GRANITE BROADCASTING : Case No. 06-12984 (ALG)
CORPORATION, et al., :
: 
        Reorganized Debtors. : (Jointly Administered)
------------------------------------------------------------x
: 
JUNE FOSTER, :
: 
        Appellant, :
             -against- :
: 
GRANITE BROADCASTING :
CORPORATION, et al., :
: 
        Appellees. :
------------------------------------------------------------x

**APPELLEES' COUNTER-DESIGNATION OF THE RECORD**
**AND RESTATEMENT OF ISSUES ON THE APPEAL OF JUNE FOSTER**

        On May 29, 2007, June Foster ("Foster") filed a Notice of Appeal[1] from the

following orders of the United States Bankruptcy Court for the Southern District of New York:

·        Order Signed on May 18, 2007 Regarding Claim Filed by
         Ms. Foster (the "Estimation Order"); and

·        Order Pursuant to 11 U.S.C. § 1129 and Rule 3020 of the
         Federal Rules of Bankruptcy Procedure Confirming the
         Debtors' Modified First Amended Joint Plan of
         Reorganization Under Chapter 11 of the Bankruptcy Code
         and Granting Related Relief (the "Confirmation Order").

        On June 9, 2007, Foster served her Record and Issues on Appeal, Pursuant to

Bankruptcy Rule 8006. The appellees, Granite Broadcasting Corporation ("Granite") and certain

---

[1] On June 4, 2007, Foster served two Amended Notice of Appeals regarding both the Estimation Order and the Confirmation Order. The Confirmation Order confirmed the Appellees' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as modified by the Confirmation Order, the "Plan").

7816220 v2

of its direct and indirect subsidiaries,[2] (collectively with Granite, the "Appellees"), by and through the undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby counter-designate the following additional documents, including all exhibits and/or attachments to each, to be contained in the record for consideration on appeal to the United States District Court for the Southern District of New York.

**Bankruptcy Court Filings**

| Record No. | Filing Date | Docket No. | Docket Text |
|---|---|---|---|
| 32 | 12/11/2006 | 3 | Affidavit of Lawrence I. Wills in Support of First Day Motions |
| 33 | 01/09/2007 | 91 | Debtors' Motion for Order (i) Approving the Notice of Disclosure Statement Hearing; (ii) Approving the Disclosure Statement; (iii) Fixing the Record Date; (iv) Approving the Notice and Objection Procedures in Respect of Confirmation of the Plan of Reorganization; (v) Approving Solicitation Packages and Procedures for Distribution Thereof; (vi) Approving the Forms of Ballots and Establishment of Procedures for Voting on the Plan of Reorganization; (vii) Approving the Forms of Notices to Non-Voting Classes Under the Plan of Reorganization; and (viii) Approving the Subscription Form for Purposes of the Rights Offering |
| 34 | 01/16/2007 | 98 | Schedules of Assets and Liabilities |

---

[2] The direct and indirect subsidiaries of Granite that are Appellees in this appeal are WXON, Inc., WXON License Inc., KBWB, Inc., KBWB License, Inc., and WEEK-TV License, Inc.

| 35 | 02/12/2007 | 166 | Debtors' Omnibus Reply to Objections to Debtors' Motion Seeking, Among Other Things, Approval of Disclosure Statement |
| --- | --- | --- | --- |
| 36 | 02/16/2007 | 245 | Transcript of Hearing Held on February 13, 2007 |
| 37 | 02/22/2007 | 193 | Transcript of Hearing Held on February 14, 2007 |
| 38 | 03/02/2007 | 208 | Order Approving Disclosure Statement |
| 39 | 03/02/2007 | 211 | Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 40 | 03/30/2007 | 258 | Plan Supplement to Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 41 | 03/30/2007 | 261 | Transcript of Hearing Held on February 15, 2007 |
| 42 | 04/13/2007 | 283 | Minority Secured Noteholders Statement In Support Of Confirmation And Response To Objection Of Certain Preferred Equity Holders To Confirmation Of Debtors' First Amended Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code |
| 43 | 03/06/2007 | 284 | Transcript of Hearing Held on March 2, 2007 |
| 44 | 04/13/2007 | 286 | Notice of Filing of Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |

7816220 v2

| 45 | 04/13/2007 | 287 | So Ordered Stipulation and Order Signed on 4/13/2007 Authorizing Parties to File Valuation Analysis of Financial Advisors Under Seal |
| --- | --- | --- | --- |
| 46 | 04/13/2007 | 288 | Debtors' Memorandum of Law in (i) Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (ii) Response to Objections Thereto |
| 47 | 04/13/2007 | 289 | Declaration of Lawrence I. Wills in Support of Confirmation of Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 48 | 04/13/2007 | 290 | Exhibit B to Debtors' Memorandum of Law in (i) Support of Confirmation of Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and (ii) Response to Objections Thereto |
| 49 | 04/13/2007 | 291 | Declaration of David R. Hilty in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated April 13, 2007 |
| 50 | 04/19/2007 | 298 | Transcript of Hearing Held on April 17, 2007 |
| 51 | 04/20/2007 | 316 | Transcript of Hearing Held on April 18, 2007 |
| 52 | 04/23/2007 | 301 | Transcript of Hearing Held on April 18, 2007 |
| 53 | 04/23/2007 | 311 | Transcript of Hearing Held on April 17, 2007 |
| 54 | 04/24/2007 | 302 | Transcript of Hearing Held on April 19, 2007 |

| 55 | 04/24/2007 | 304 | Transcript of Hearing Held on April 19, 2007 |
|---|---|---|---|
| 56 | 05/01/2007 | 309 | Transcript of Hearing Held on April 27, 2007 |
| 57 | 05/01/2007 | 310 | Transcript of Hearing Held on April 27, 2007 |
| 58 | 05/02/2007 | 307 | Debtors' and Silver Point's Joint Findings of Fact and Conclusions of Law in Support of Confirmation of the Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 59 | 05/04/2007 | 314 | Transcript of Hearing Held on April 30, 2007 |
| 60 | 05/04/2007 | 315 | Transcript of Hearing Held on April 30, 2007 |
| 61 | 05/23/2007 | 327 | Errata signed on 5/23/2007 Regarding Memorandum of Opinion Dated 5/18/2007 |
| 62 | 05/29/2007 | 336 | Motion To Reconsider Claim Estimation and Memorandum of Law Pursuant to 11 U.S.C. Section 502(i) and Fed. Bankr. Rule 3008 filed by June Foster |
| 63 | 05/29/2007 | 337 | Letter Requesting Hearing on Motion Via Telephonic Appearance filed by June Foster |
| 64 | 05/31/2007 | 338 | Letter to Chief Judge Stuart M. Bernstein (Via-email) Re: Judge Disqualification filed by June Foster |
| 65 | 06/01/2007 | 339 | Response filed by Chief Judge Stuart M. Bernstein |

7816220 v2

| 66 | 06/04/2007 | 343 | Notice of Effective Date of the Debtors' Modified First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| --- | --- | --- | --- |
| 67 | 06/06/2007 | 348 | Order Signed on 6/5/2007 Denying Motion to Reconsider FRCP 60 or FRBP 3008 |

### Filings Not Docketed as of the Date Hereof

| 66 | Transcript of Hearing Held on April 20, 2007 |
| --- | --- |

### Additional Documents

| 67 | Decision of United States Court of Appeals for the Ninth Circuit, Dated May 14, 2007, Regarding Appeal of June Foster from the United States District Court for the Northern District of California |
| --- | --- |
| 68 | Appellants Petition for Panel Hearing and Rehearing En Banc, with Exhibit of Order, dated May 29, 2007, Filed by June Foster with the United States Court of Appeals for the Ninth Circuit |

In addition, Appellees hereby submit that the following issues are the only issues to be addressed in connection of this appeal and are dispositive thereof:

- Whether Foster received different treatment from other members of the class of claims in which Foster's claim is classified under the Plan in violation of 11 U.S.C. § 1123(a)(4)?

- Whether the Bankruptcy Court properly estimated Foster's claim at $0 for purposes of allowance, voting, and distribution purposes under the Plan?

7816220 v2

- Whether the Bankruptcy Court properly found that the Plan satisfied the requirements of the Bankruptcy Code?

Dated: June 18, 2007
      New York, New York

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By:   */s/ Ira S. Dizengoff*

                    Ira S. Dizengoff (ID-9980)
                    Philip M. Abelson (PA-0809)
                    590 Madison Avenue
                    New York, NY 10022
                    (212) 872-1000 (Telephone)
                    (212) 872-1002 (Facsimile)

                    **ATTORNEYS FOR APPELLEES**