UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

GRANITE BROADCASTING CORPORATION, et al.,
                Reorganized Debtors.
------------------------------------------------------------X
JUNE FOSTER,

                Appellant,                07 **CIVIL** 6217 (CM)

    -against-                             **JUDGMENT**

GRANITE BROADCASTING CORPORATION, et al.,
                Appellees.
------------------------------------------------------------X

        Appellants having appealed from the Orders of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Colleen McMahon, United States District Judge, and the Court, on April 3, 2008, having rendered its Decision and Order affirming the Bankruptcy Court's Estimation Order and dismissing Foster's appeal of the Confirmation Order as moot, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated April 3, 2008, the Bankruptcy Court's Estimation Order is affirmed and Foster's appeal of the Confirmation Order is dismissed as moot.

**Dated:**  New York, New York
         April 7, 2008

                                            **J. MICHAEL McMAHON**
                                              Clerk of Court
                        BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____