UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __28__

---------------------------------------------------------

*In Re: Granite Broadcasting Corporation*
                    -v-

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __07-cv-6217__

JUDGE: __CM__

DATE: __June 10, 2008__

*[Stamp: U.S. DISTRICT COURT FILED JUN 10 2008 S.D.N.Y.]*

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------------------------

**DOCUMENT DESCRIPTION**                                                                 **DOC. #**

__CLERK'S CERTIFICATE__                                                    _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                                _____

__** ONLY CIRCLED DOCUMENTS ARE INCLUDED **__                              _____

__** ALL OTHERS MISSING AT THIS TIME **__                                  _____

*Balance of File already in USCA on Previous Appeal*

(✓) **Original Record**                                   (____) **Supplemental Record**


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __10th__ Day of __June__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

In Re: Granite Broadcasting Corporation

-v-

---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-6217

JUDGE: CM

DATE: June 10, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

**BALANCE OF FILE MISSING AT THIS TIME**

Balance of file already in USCA on previous appeal

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 10th Day of June In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06217-CM
### Internal Use Only

In Re: Granite Broadcasting Corporation
Assigned to: Judge Colleen McMahon
Case in other court: US Court of Appeals, 2nd Circuit, 08-03121
USBC-SDNY, 06-B-12984 (ALG)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 07/05/2007
Date Terminated: 04/07/2008
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Allan L. Gropper dated May 21, 2007. Bankruptcy Court Case Numbers: 06-B-12984 (ALG). Certified copies of file received.Document filed by June Foster.Appellant Brief due by 7/23/2007.(bkar) (Entered: 07/05/2007) |
| 07/05/2007 | 2 | AMENDED NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Allan L. Gropper dated May 21, 2007, amending 1 Bankruptcy Appeal,.Document filed by June Foster.Appellant Brief due by 7/23/2007. Related document: 1 Bankruptcy Appeal, filed by June Foster.(bkar) (Entered: 07/05/2007) |
| 07/05/2007 | 3 | DESIGNATION OF BANKRUPTCY RECORD ON APPEAL re: 2 Amended Bankruptcy Appeal, 1 Bankruptcy Appeal,. Document filed by Appellant June Foster. (bkar) (Entered: 07/05/2007) |
| 07/05/2007 | 4 | COUNTER DESIGNATION OF BANKRUPTCY RECORD ON APPEAL Document filed by Appellee Granite Broadcasting Corporation. (bkar) (Entered: 07/05/2007) |
| 07/05/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (bkar) (Entered: 07/05/2007) |
| 07/05/2007 |  | Case Designated ECF. (bkar) (Entered: 07/05/2007) |
| 07/05/2007 |  | Case No Longer Designated ECF. (kkc) (Entered: 07/27/2007) |
| 07/09/2007 | 5 | NOTICE OF CASE REASSIGNMENT to Judge Colleen McMahon. Judge Miriam Goldman Cedarbaum is no longer assigned to the case. (jmi) (Entered: 07/12/2007) |
| 07/19/2007 | 6 | MOTION for Extension of Time. Document filed by June Foster.(mbe) (Entered: 07/24/2007) |
| 07/25/2007 |  | MEMO ENDORSED granting 6 Motion for Extension of Time. ENDORSEMENT: The request is granted. Ms. Foster has until August 23 to file her brief. (Signed by Judge Colleen McMahon on 7/25/07) (tro) (Entered: 07/26/2007) |
| 07/25/2007 |  | Set Deadlines/Hearings: Brief due by 8/23/2007. (tro) (Entered: 07/26/2007) |
| 08/15/2007 | 7 | CALENDAR NOTICE: Oral Argument (Bankruptcy Appeal) set for 10/5/2007 at 10:00 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326. (Signed by Judge Colleen McMahon on 8/14/07) (tro) (Entered: 08/16/2007) |
| 08/21/2007 | 8 | Appellant's BRIEF. Document filed by June Foster.Appellee Brief due by 9/10/2007. (pl) (Entered: 08/28/2007) |
| 08/21/2007 | 9 | MOTION Requesting Judicial Notice in Support of Opening Brief. Document filed by June Foster.(tro) (Entered: 08/28/2007) |
| 08/27/2007 | 11 | ENDORSED LETTER addressed to Judge Colleen McMahon from June Foster dated 8/23/07 re: pro se plaintiff requests 1.)a 30 day extension for oral argument, 2.)She must be present in person for the oral argument because telephonic appearance is not sufficient, 3.)her reply brief is due on 10/3/07. ENDORSEMENT: 1.)I rarely hear oral argument. I will notify you if I want an oral argument. If you are proceeding in forma pauperis, you can't afford to come to NY, 2.)Let me be the judge of that, 3.)Then the thirty days. No oral argument unless I request same after receiving briefs. Ms. Foster has until 10/23/07 to file her reply brief. (Signed by Judge Colleen McMahon on 8/27/07) Copies mailed by chambers.(dle) (Entered: 09/07/2007) |
| 08/28/2007 |  | ***DELETED DOCUMENT. Deleted document number 10 Application to Proceed w/out prepayment of fees and affidavit. The document was incorrectly filed in this case. (ae) (Entered: 09/07/2007) |
| 09/06/2007 | 12 | RESPONSE TO LETTER APPLICATION DATED 8/23/2007: Ms. Foster may have until 10/23/2007, to file her reply brief, as she requests. The reply brief may be no longer than ten pages, double spaced and without footnotes. The Court waives oral argument, until after a review of the briefs. (Signed by Judge Colleen McMahon on 9/5/07) (kco) (Entered: 09/07/2007) |
| 09/12/2007 | 13 | LETTER addressed to Judge Colleen McMahon from Brian D. Geldert dated 9/7/07 re: counsel for Granite Broadcasting confirms appellees will file and serve their brief on or before 9/20/07. Document filed by Granite Broadcasting Corporation.(dle) (Entered: 09/13/2007) |
| 09/20/2007 | 14 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Granite as Corporate Parent. Document filed by Granite Broadcasting Corporation.(tro) (Entered: 09/21/2007) |
| 09/25/2007 | 15 | Appellee's OPPOSITION BRIEF. Document filed by Granite Broadcasting Corporation.Appellant Reply Brief due by 10/12/2007. (djc) (Entered: 09/25/2007) |
| 10/05/2007 |  | Minute Entry for proceedings held before Judge Colleen McMahon : Oral Argument held on 10/5/2007 re: 9 MOTION Request for Judicial Notice in Support of Opening Brief. filed by June Foster. (ae) (Entered: 10/16/2007) |
| 10/23/2007 | 16 | Appellant's REPLY BRIEF. Document filed by June Foster. (djc) (Entered: 10/26/2007) |
| 04/03/2008 | 17 | DECISION AND ORDER AFFIRMING THE BANKRUPTCY COURT'S ESTIMATION ORDER AND DISMISSING FOSTER'S APPEAL OF THE CONFIRMATION ORDER: For the foregoing reasons, the Bankruptcy Court's Estimation Order is affirmed Foster's appeal of the Confirmation Order is Dismissed as moot. (Signed by Judge Colleen McMahon on 4/3/2008) Copies Mailed By Chambers.(jpo) (Entered: 04/04/2008) |

| | | |
|---|---|---|
| 04/04/2008 | | Transmission to Judgments and Orders Clerk. Transmitted re: 17 Order,, to the Judgments and Orders Clerk. (jpo) (Entered: 04/04/2008) |
| 04/07/2008 | 18 | CLERK'S JUDGMENT That for the reasons stated in the Court's Decision and Order dated April 3, 2008, the Bankruptcy Courts Estimation Order is affirmed and Fosters appeal of the Confirmation Order is dismissed as moot. (Signed by J. Michael McMahon, clerk on 4/7/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 04/07/2008) |
| 04/09/2008 | | Mailed notice of Right to Appeal to Litigant(s): June Foster and to Attorney(s) of Record: Ira S. Dizengoff. (ama) (Entered: 04/09/2008) |
| 04/17/2008 | 19 | NOTICE OF MOTION for Rehearing (Reconsideration).. re; 17 Order, 18 Clerk's Judgment,. Document filed by June Foster.(mde) (Entered: 04/22/2008) |
| 04/17/2008 | 21 | MOTION for rehearing prusuant to Federal Rules of Bankruptcy Procedure Rule 8015. Document filed by June Foster.(djc) (Entered: 04/25/2008) |
| 04/17/2008 | 22 | DECLARATION of June Foster in Support re: 21 MOTION rehearing pursuant to Federal Rules of Bankruptcy Procedue Rule 8015. Document filed by June Foster. (djc) (Entered: 04/25/2008) |
| 04/22/2008 | 20 | MEMO ENDORSEMENT on re: 19 MOTION for (Rehearing) Reconsideration re; 17 Order, 18 Clerk's Judgment,. filed by June Foster..ENDORSED: The motion for rehearing (reconsideration) is DENIED. (Signed by Judge Colleen McMahon on 4/22/2008) "Copies Mailed By Chambers".(mde) (Additional attachment(s) added on 4/22/2008: # 1 endorsed motion) (mde). (Entered: 04/22/2008) |
| 05/02/2008 | 23 | MOTION for a Stay pending appeal to the court of appeals, or temporary stay pursuant to Federal Rules of Bankruptcy Procedure Rule 8017(b). Document filed by June Foster.(pl) (Entered: 05/06/2008) |
| 05/06/2008 | 24 | MEMO ENDORSEMENT on re: (doc. #22) Declaration in Support of Motion filed by June Foster, (doc. #23) MOTION to Stay filed by June Foster. The application for temporary stay is DENIED. The appeal raises no meritious issue. (Signed by Judge Colleen McMahon on 5/6/08) (tve) (Entered: 05/06/2008) |
| 05/20/2008 | 25 | NOTICE OF APPEAL from 20 Memo Endorsement. Document filed by June Foster. Copies mailed to attorney(s) of record: Akin Gump Strauss Hauer & Feld LLP. (tp) (Entered: 06/02/2008) |
| 05/20/2008 | 27 | NOTICE OF APPEAL from 18 Clerk's Judgment, 20 MEMO ENDORSEMENT. Document filed by June Foster. Copies mailed to attorney(s) of record: Akin Gump Strauss Hauer & Feld LLP. (tp) Modified on 6/9/2008 (tp). (Entered: 06/09/2008) |
| 05/20/2008 | | Appeal Remark as to 27 Notice of Appeal filed by June Foster. $455.00 APPEAL FEE DUE. (tp) (Entered: 06/09/2008) |
| 06/02/2008 | | Appeal Remark as to 25 Notice of Appeal filed by June Foster. $455.00 APPEAL FEE DUE. (tp) (Entered: 06/02/2008) |
| 06/02/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 25 Notice of Appeal. (tp) (Entered: 06/02/2008) |
| 06/02/2008 | | Transmission of Notice of Appeal to the District Judge re: 25 Notice of Appeal. (tp) (Entered: 06/02/2008) |
| 06/03/2008 | 26 | Appeal Record Sent to USCA (Index). Notice that the Original index to the record on Appeal for 25 Notice of Appeal filed by June Foster 3 Copies of the index, Certified Clerk Certificate and Certified Docket Sheet were transmitted to the U.S. Court of Appeals. (tp) (dt). (Entered: 06/03/2008) |
| 06/03/2008 | | Appeal Record Sent to USCA (File). Indexed record on Appeal Files for 25 Notice of Appeal filed by June Foster were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/03/2008) |
| 06/09/2008 | | USCA Case Number 08-3121 from the US Court of Appeals, 2nd Circuit assigned to 25 Notice of Appeal filed by June Foster. (nd) (Entered: 06/09/2008) |
| 06/09/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 27 Notice of Appeal. (tp) (Entered: 06/09/2008) |
| 06/09/2008 | | Transmission of Notice of Appeal to the District Judge re: 27 Notice of Appeal. (tp) (Entered: 06/09/2008) |